Form ntcasset (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re:

Tara L Lynnes

Debtor(s)

CHAPTER 7
Bankruptcy No.
***20−30200***

# CREDITORS FILE YOUR CLAIMS NOW
# NOTICE TO FILE CLAIMS

The trustee has notified the Court that payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be timely filed by the date listed below.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B410") can be obtained at the United States Courts Web Site: http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx or at any bankruptcy clerk's office. Claims must be filed with the Clerk of Bankruptcy Court at:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NORTH DAKOTA
655 1st Ave. N., Suite 210
Fargo, ND 58102−4932
701−297−7100

A Proof of Claim may also be filed electronically on the Court's website at **www.ndb.uscourts.gov**.

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate. There is no fee for filing a Proof of Claim.

DEADLINE TO FILE CLAIMS:

For all creditors (except governmental units): November 19, 2020

For governmental units: 180 days after the Order for Relief or the deadline stated above (whichever is greater)

Dated: August 17, 2020

**Frederick M. Entwistle**
Clerk, U.S. Bankruptcy Court
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102−4932